IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ONE MICHIGAN, a Michigan incorporated nonprofit association; LEEN NOUR EL-ZAYAT; JAVIER CONTRERAS, a minor, by his next friend JOSÉ CONTRERAS; and RESILDA KARAFILI,

      Plaintiffs,

v.

RUTH JOHNSON, in her official capacity as Michigan Secretary of State,

      Defendant.
_____/

Hon.  PATRICK J. DUGGAN

Case No:  12-15551

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COME THE PLAINTIFFS, by and through counsel, and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), and state as follows:

1. Whereas Plaintiffs brought this action in order to establish that immigrant youth who were granted deferred action through the federal government's Deferred Action for Childhood Arrivals ("DACA") program are eligible for driver's licenses and personal identification cards in Michigan;

2. Whereas Defendant, Secretary of State Ruth Johnson, publicly announced on February 1, 2012, that the Secretary will issue driver's licenses and personal identification cards to otherwise eligible DACA recipients effective February 19, 2013, thereby providing the relief sought through this litigation;

3.      Whereas Defendant has not yet filed an answer or a motion for summary judgment in this matter; and

4.      Whereas Fed. R. Civ. Proc. 41(a)(1)(A)(i) provides that plaintiffs may dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment;

Plaintiffs hereby dismiss this action without prejudice.

Respectfully submitted,

Miriam J. Aukerman (P63165)
American Civil Liberties Union
  Fund of Michigan
1514 Wealthy SE, Suite 242
Grand Rapids, MI 49506
T:    (616) 301-0930
*maukerman@aclumich.org*

Michael J. Steinberg (P43085)
Sarah Mehta (P76024)
Kary L. Moss (P49759)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
T:    (313) 578-6814
*msteinberg@aclumich.org*
*smehta@aclumich.org*

Tanya Broder*
National Immigration Law Center
405 14th Street, Suite 1400
Oakland, CA  94612
T:    (510) 663-8282
*Broder@nilc.org*

*Admission pending.

†Admitted in New York.

Jennifer Chang Newell
Cecilia D. Wang
Michael Tan
R. Orion Danjuma†
American Civil Liberties Union Foundation
   Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
T:    (415) 343-0770
*jnewell@aclu.org*
*cwang@aclu.org*
*mtan@aclu.org*
*odanjuma@.org*

Jason Raofield*
Richard Anthony Lopez*
Erica Lai*
José Arvelo*
Tracy Ebanks*
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington D.C. 20004
T:    (202) 662-6000
*jraofield@cov.com*
*rlopez@cov.com*
*elai@cov.com*
*jarvelo@cov.com*
*tebanks@cov.com*

*Attorneys for Plaintiffs*